FILED IN
COURT OF CRIMINAL APPEALS

September 21, 2015

ABEL ACOSTA, CLERK

AP-77,053
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/15/2015 3:23:31 PM
Accepted 9/15/2015 4:13:42 PM
ABEL ACOSTA
CLERK



# GREG WILLIS
## CRIMINAL DISTRICT ATTORNEY
COLLIN COUNTY COURTHOUSE
2100 BLOOMDALE ROAD, SUITE 200
MCKINNEY, TEXAS 75071
972.548.4323
FAX 214.491.4860
**www.collincountyda.com**

September 15, 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711

Re:  Eric Lyle Williams v. State,        No. AP-77,053
                                         Trial Court No. 32021-422

Dear Mr. Acosta:

Please be advised that the State of Texas is represented by prosecutors pro tem in this and all
related proceedings because the victims in the underlying offenses included the District Attorney
of Kaufman County, Mike McLelland, his wife, Cynthia McLelland, and Kaufman County
Assistant District Attorney Mark Hasse.

The prosecutor pro tem is:

William H. Wirskye
Kaufman County District Attorney Pro Tem
SBT#00788696
c/o Collin County District Attorney's Office
2100 Bloomdale Rd., Ste. 100
McKinney, Texas 75071
972-548-4323
214-491-4680 fax
bwirskye@co.collin.tx.us

Lead counsel for the State on appeal is:

Fredericka Sargent
Kaufman County Assistant District Attorney Pro Tem
SBT#24027829
c/o Criminal Appeals Division
Office of the Attorney General

_____

P.O. Box 12548
Austin, Texas 78711-2548
512-936-6424
512-320-8132 fax
fredericka.sargent@texasattorneygeneral.gov

Notices regarding litigation in the Court should be directed the attorneys identified above. Please feel free to contact me if I can be of further assistance in this matter.

William H. Wirskye
Assistant Criminal District Attorney
Collin County
Kaufman County District Attorney Pro Tem

John R. Rolater, Jr.
Assistant Criminal District Attorney
Collin County
Kaufman County Assistant District Attorney Pro Tem

cc:     John Tatum
        Appellate Counsel
        jtatumlaw@gmail.com

        Brad Levenson
        Office of Capital Writs
        Writ Counsel
        administration@ocw.texas.gov